UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CLAUDETE PELISSARO MARTELLO,

        Plaintiff,
v.

BRIDGE REAL ESTATE GROUP, LLC,

        Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, CLAUDETE PELISSARO MARTELLO ("Martello"), brings this action against Defendant, BRIDGE REAL ESTATE GROUP, LLC ("BREG"), and alleges as follows:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-219 ("FLSA"). Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Martello was a resident of Florida and an "employee" of Defendant as defined by the FLSA.

3. At all times material hereto, BREG was a Florida corporation that regularly transacted business in Broward County, Florida.

4. BREG's business involves apartment property management and rentals.

5. BREG has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce including but not limited to computers, phones, pens, and paper.

6. Upon information and belief, BREG's gross sales or business done was in excess of $500,000 per year at all times material hereto.

7. BREG was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

8. At all times material hereto, Martello engaged in interstate communication on a regular and recurrent basis including but not limited to telephone and email with customers in Brazil, Massachusetts, Colombia, New York, and California.

9. Martello engaged in interstate commerce on a regular and recurring basis and is individually covered by the FLSA.

10. Martello worked for BREG as a leasing consultant.

11. BREG failed to pay Martello's full and proper overtime wages.

12. BREG knowingly and willfully refused to pay Martello's legally-entitled wages.

13. Attached as **Exhibit A** is a preliminary calculation of Martello's claims. These amounts may change as Martello engages in the discovery process.

14. Martello retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF THE FAIR LABOR STANDARDS ACT
## AGAINST DEFENDANT BREG

15. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:    (786) 924-9929
Fax:   (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791